

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division - Small Claims and Conciliation Branch
510 4th Street, NW, Room 120, Washington, D.C. 20001
(202) 879-1120 | www.dccourts.gov


FILED
MAR 06 2024
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

Case No. 2024 SCB 000468

Plaintiff(s): Aaren Williams Striplin - Highpriest Aaron Tribe of Levi

vs.

Defendant(s): Donald John Trump / B.W.T.

Address: 901 G Street northwest
City, State, Zip Code: Washington DC 20001

Address: 1600 Pennsylvania Avenue Northwest
City, State, Zip Code: Washington DC 20500

Phone Number: 911 emergency Trump cut the wires during the home invasion / no phone number
Phone Number: Impeachment Committee United States Senate Washington DC 20510

Email Address: christopherwraytoday@gmail.com
Email Address: Defendant 1 Donald John Trump / Defendant 2 B.W.T.

### STATEMENT OF CLAIM

[Handwritten statement largely illegible — references to serial rapist Donald Trump, serial United States treasoner, serial torturer, terrorist, serial home invader, serial killer, killing 24 people so that Donald John Trump may own the killed 24 people United States of America citizens: (1) Michelle Delgado Peruel (2) Charles Peruel (3) Alfonse Peruel (4) Shantell Peruel (5) United States Army veteran Lawrence Theopolis Striplin (6) Mark Anthony Russell (7) Brooklyn Lunnie (8) Aaren Williams Striplin-Highpriest Aaron Tribe of Levi (9) Helen Ginnel-Striplin-McLeod Smith (10) Darren Douglas Striplin - Lord Amy (11) Christopher McFall (12) Katy McFall (13) Kewel Striplin (14) Jannah Striplin (15) Shantell Renee Peruel-Lunnie-Stokes (16) Ashley Alexas Nichole Lunnie-Brown (17) Crystal Jaquala Nichole Lunnie (18) Laberious Premas Lunnie (19) Christopher Lunnie (20) Armani Jones (21) Karlton Hicks (22) Quincy Lunnie (23) Alfonse Peruel Jr. (24) Andrew Rodriguez / Fred Trump came to USA married Mary Anne McLeod Trump had paraplegic Donald John Trump self proclaimed Adolf Hitler, they killed 24 US Army family members to take 24 USA citizenships to Germany now Trump hired Hitmen to kill Aaron Striplin...]

**Request for Relief:** $10,000.00 unpaid wages from...
For relief sought I want serial killers Donald John Trump and B.W.T. impeached and removed from the United States of America presidency they are here claiming they are the self proclaimed Adolf Hitler and are killing United States of America citizens because they gave up their Nazi military and leadership over the country called Germany because of the United States Army so Trump went to Japan to kill the United States of America bombing Pearl Harbor to start a war between USA and Japan so serial rapist Donald John Trump and B.W.T. Anglo Saxon paraplegic can get away with killing the US Army for Germany by blaming it on Japan. Then take 24 USA citizenships to Germany 24 US Army paraplegic to Germany 24 USA Army passports 60 US Army pensions...

CV-471/July 2023                                                                 Small Claims Form 11





**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division - Small Claims and Conciliation Branch
510 4th Street, NW, Room 120, Washington, D.C. 20001
(202) 879-1120 | www.dccourts.gov

DISTRICT OF
COLUMBIA, ss: Aaron Williams Striplin - High Priest AArian Tribe of Lev. _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all setoffs and just grounds of defense.

Aaron Williams Striplin - High Priest AArian Tribe of Lev.      901 9 Street Northwest
_____        _____
Plaintiff/Agent (Sign and Print Name)        Address    Washington DC 20001    City/State/Zip

Code Title: _____                christopherwraytoday@gmail.com
                                           Email                              Phone No.

Subscribed and sworn to before me this __7__ day of _____March_____, 20 _24_
                                                      (month)

                                                      _____
                                                      (Notary Public or Deputy Clerk)

Aaron Williams Striplin - High Priest AArian Tribe of Lev.
_____
Attorney for Plaintiff (Sign and Print Name)   Bar No.

901 9 Street North West Washington DC 20001
_____
Address                      City/State/Zip Code

christopherwraytoday@gmail.com
_____
Email                              Phone No.

Place Notary Seal Here

See the *Instructions to Defendants* attached to this form, for more information.

## Instructions to Defendants

### *Important*:

You must participate in your hearing on the date and time stated on the Notice to avoid the entry of a judgment by default. If you do not come to court for your hearing, a judgment by default may be entered against you for the amount of money demanded in the Statement of Claim. If that happens, the plaintiff could take money from your paycheck or your bank account, or take and sell your personal property, to pay the claim.

If you cannot participate in your hearing, call the Small Claims Clerk's Office at (202) 879-1120 as soon as you can for more information. You must go to the hearing unless the hearing is continued or cancelled. To find out if your hearing is still scheduled call the Small Claims Clerk's Office. Even if you want to admit the claim, and just need more time to pay, you must still come to court to explain your situation.

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with the parties to see if they can agree to a settlement. If the parties cannot reach a settlement with the mediator, then the case can be scheduled for a trial on another day.

If the plaintiff in your case has a lawyer, that lawyer's name and contact information are on the Statement of Claim. You may contact the plaintiff's lawyer about this case. You do not have to have a lawyer, but you may choose to get a lawyer or look for legal advice about this matter.

If you want a lawyer, but cannot afford to pay one, there are many organizations that may be able to help you, including:
- Legal Aid Society of the District of Columbia: (202) 628-1161
- Legal Counsel for the Elderly (if age 60+): (202) 434-2120
- Tzedek DC: (202) 274-7386
- Neighborhood Legal Services Program: (202) 832-6577
- DC Law Students in Court: (202) 638-4798

If you have witnesses, books, receipts, or other documents that relate to this case, you should bring them with you to court. If you want to have witnesses summoned to come to court, contact the Small Claims Clerk's Office for more information.

When you contact the Small Claims Clerk's Office about your case, remember to include your case number, contact information, and court date. Please know that court employees are not allowed to give you legal advice.

Usted puede obtener copias en español de este formulario en el Tribunal Superior del Distrito de Columbia, Edificio B, 510 4th Street, NW, Cuarto 120, Washington, D.C. 20001, o en: www.dccourts.gov.

You can get a copy of this form in Spanish at the Superior Court of the District of Columbia, Building B, 510 4th Street NW, Room 120, Washington, D.C. 20001, or at: www.dccourts.gov

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Aaron Williams Striplin - High Priest Aaron Tabernacles,
_____
**Plaintiff(s)**

Donald John Trump
Impeachment Committee
W-T
_____
**Defendant(s)**

*(The information collected on this form is used solely for court administration and statistical purposes.)*

---

Aaron Williams Striplin - High Priest Aaron Tabernacle
**Name** *(please print or type)*

Tabernacle
**Firm Name** *(if applicable)*

911 Emergency 1415-553-7400 Ambush #
**Telephone No.** cut wires driving     **Bar. No.**
Home Invasion

**Relationship to Lawsuit:**
☒ Attorney for Plaintiff  ☐ Self (Pro Se / No Attorney)
☐ Other: _____

**Service Method:**
☐ Certified Mail by Clerk (How many? _____)
  ☐ With Restricted Delivery (check if applicable)
☐ Registered Mail by Clerk (How many? _____)
  ☐ With Restricted Delivery (check if applicable)
☐ Special Process Server (You must file an Application for Approval of Special Process Server)

Do you need an interpreter? ☐ Yes ☒ No    If yes, which language(s)? _____

Amount in Controversy: ☐ $1 - $500   ☐ $500.01 - $2,500   ☒ $2,500.01 - $10,000

Pending or re-filed case(s) related to the action being filed:
Case No.: _____    Case No.: _____

**NATURE OF SUIT:** *(Check ONE box only that most accurately describes your primary case)*

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
| ☐ Breach of Contract | ☐ Breach of Warranty | ☐ Personal Property |
| ☐ Negotiable Instrument | ☐ Loan | ☐ Rent Due |
| ☒ Unpaid Wages | ☐ Services Rendered | ☐ Security Deposit |
| ☐ Debt Suit | ☐ Home Improvement Contract | ☐ Oral |

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
| ☐ Automobile | ☐ Conversion | ☐ Shop Lifting |
| ☐ Property Damage | ☐ Destruction of Property | ☐ Trespass |

**C. PERSONAL TORTS** – a claim for an injury or wrong committed on the person of another
| ☐ Assault and Battery | ☐ Personal Injury | ☐ Libel and Slander | ☐ Slip and Fall |
| ☐ Automobile | ☐ Fraudulent Misrepresentation | ☐ Negligence | |

**D.** ☐ **UNIFORM ARBITRATION ACT** – an action based on an arbitration agreement

**E.** ☐ **SUBROGATION** – a claim filed by one person in the place of another

**F.** ☐ **FOREIGN JUDGMENT (DOMESTIC)** – judgment, decree or order filed from another jurisdiction

**G.** ☐ **COLLECTION** – a claim filed by a seller / lender to collect a consumer debt

**H.** ☐ **FOREIGN JUDGMENT (INTERNATIONAL)** – judgment, decree or order filed from another country

**I.** ☐ **MEDICAL MALPRACTICE** – a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing?   ☐ Yes   ☐ No

CV-3046/Rev. Sept. 2018